UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HENDRIX,<br><br>    Plaintiff,<br><br>v.<br><br>ROSA GONZALEZ, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00066-AWI-JDP<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS<br><br>TWENTY-ONE-DAY DEADLINE |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On October 19, 2018, defendants filed a partial motion to dismiss. ECF No. 17. Plaintiff was required to file an opposition or a statement of non-opposition by December 7, 2018, ECF No. 19, but he failed to do so.

Local Rule 230(l) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." Moreover, failure to follow a district court's local rules is a proper ground for dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). Thus, a court may dismiss an action for a plaintiff's failure to oppose a motion to dismiss, where the applicable local rule determines that failure to oppose a motion will be deemed a waiver of opposition. *See Ghazali v. Moran*, 46 F.3d 52 (9th Cir. 1995), *cert. denied* 516 U.S. 838 (1995) (upholding dismissal even when plaintiff contended he did not receive motion to dismiss, where plaintiff had adequate notice under to Fed. R. Civ. P.

1

5(b) and time to file opposition); *cf. Heinemann v. Satterberg*, 731 F.3d 914, 916 (9th Cir. 2013) (holding that a motion for summary judgment cannot be granted based on a failure to file opposition, regardless of any local rule to the contrary).

The court will allow plaintiff one more opportunity to oppose defendants' partial motion to dismiss. Plaintiff must file a response to defendants' motion within twenty-one days of this order. If plaintiff fails to do so, the court will deem any failure to oppose the motion to dismiss as a waiver of any opposition and may recommend that the motion be granted on that basis. Failure to comply with this order may also result in dismissal of this action.

Accordingly, it is hereby ordered that:

1. Within twenty-one days from the date of service of this order, plaintiff must file an opposition or statement of non-opposition to the pending motions to dismiss; and
2. if plaintiff fails to comply with this order, the court will deem the failure to respond as a waiver of any opposition and may grant the motions to dismiss on that basis. Additionally, this case may be dismissed for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated:  March 14, 2019  

_____
UNITED STATES MAGISTRATE JUDGE

No. 203