1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY HENDRIX,                          Case No. 1:18-cv-00066-AWI-JDP

12                   Plaintiff,               FINDINGS AND RECOMMENDATIONS
                                              THAT DEFENDANTS' PARTIAL MOTION
13         v.                                 TO DISMISS BE DENIED AS MOOT

14    ROSA GONZALEZ, *et al*.,                FOURTEEN-DAY DEADLINE

15                   Defendants.              ECF No. 17

16

17         Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought

18    under 42 U.S.C. § 1983.  On May 6, 2019, plaintiff voluntarily dismissed his claims for

19    intentional infliction of emotional distress.  ECF No. 26.  Accordingly, the court recommends that

20    defendants' partial motion to dismiss plaintiff's claims for intentional infliction of emotional

21    distress, ECF No. 17, be denied as moot.  The action should proceed only on plaintiff's First

22    Amendment and Eighth Amendment claims.

23         The undersigned submits the findings and recommendations to the district judge under 28

24    U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District

25    Court, Eastern District of California.  Within fourteen days of the service of the findings and

26    recommendations, the parties may file written objections to the findings and recommendations

27    with the court and serve a copy on all parties.  That document should be captioned "Objections to

28

                                              1

Magistrate Judge's Findings and Recommendations."  The district judge will review the findings

and recommendations under 28 U.S.C. § 636(b)(1)(C).  The parties' failure to file objections

within the specified time may result in the waiver of rights on appeal.  *See Wilkerson v. Wheeler*,

772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:    May 8, 2019                              _____
                                                                UNITED STATES MAGISTRATE JUDGE

No. 203