UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HENDRIX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROSA GONZALEZ, *et al*.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00066-AWI-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT DEFENDANTS' PARTIAL MOTION TO DISMISS BE DENIED AS MOOT<br><br>ECF No. 27 |

　　　　Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 6, 2019, plaintiff voluntarily dismissed his claims for intentional infliction of emotional distress. ECF No. 26. Accordingly, the magistrate judge assigned to this case recommended that defendants' partial motion to dismiss plaintiff's claims for intentional infliction of emotional distress, ECF No. 17, be denied as moot. The parties had fourteen days to object, but no objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations, ECF No. 27, to be supported by the record and by proper analysis.

1

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on May 8, 2019, ECF No. 27, are ADOPTED IN FULL.
2. Defendants' partial motion to dismiss plaintiff's claims for intentional infliction of emotional distress, ECF No. 17, is denied as moot.
3. The action proceeds only on plaintiff's First Amendment and Eighth Amendment claims.

IT IS SO ORDERED.

Dated: July 8, 2019

SENIOR DISTRICT JUDGE