UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HENDRIX,<br><br>  Plaintiff,<br><br>  v.<br><br>ROSA GONZALEZ, *et al*.,<br><br>  Defendants. | Case No. 1:18-cv-00066-AWI-JDP<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION<br><br>ECF No. 31<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SET DATES<br><br>ECF No. 29 |

Defendants' request for an extension, ECF No. 31, is granted. They shall have ten days from the date of service of this order to file an answer to plaintiff's complaint.

Plaintiff's motion to set dates, ECF No. 29, is denied as premature. The court will set dates once an answer has been received.

IT IS SO ORDERED.

Dated: October 29, 2019

_____
UNITED STATES MAGISTRATE JUDGE

1

No. 205