UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HENDRIX,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROSA GONZALEZ, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00066-AWI-JDP<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>FOURTY-FIVE DAY DEADLINE |

Plaintiff Larry Hendrix is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On November 25, 2019, the court received a notification that a mailing for plaintiff had been returned as undeliverable.

Plaintiff is required to keep the court apprised of his current address. Local Rule 183(b) provides that "[i]f mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Plaintiff's address change was due by February 3, 2020, but he failed to file one, and he has not otherwise been in contact with the court. The court orders that within forty-five days from the date of this order, plaintiff shall show cause why this action should not be dismissed for failure to prosecute.

1

IT IS SO ORDERED.

Dated:   April 13, 2020

                                        UNITED STATES MAGISTRATE JUDGE

No. 205.